In the Matter of the Appraisal of the Estate of ELIZABETH L. HOWE, Deceased, under the Transfer Tax Act.

JOHN W. KIMBALL, as Treasurer of Kings County, Appellant; LEAVITT HOWE et al., as Trustees, Respondents.

*Matter of Howe*, 86 App. Div. 286, affirmed.
(Argued October 9, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 24, 1903, which affirmed an order of the Kings County Surrogate's Court assessing the transfer tax on the estate of Elizabeth L. Howe, deceased.

*Robert B. Bach* for appellant.

*C. W. West* for respondents.

Order affirmed, with costs, on opinion below.

Concur: O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: PARKER, Ch. J.